# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ALCON RESEARCH, LTD., and<br>ALCON PHARMACEUTICALS LTD.,<br><br>        Plaintiffs,<br><br>        v.<br><br>AKORN, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-3092-JMS-MPB<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF EXECUTED WAIVER OF SERVICE

Plaintiffs, Alcon Research, Ltd. and Alcon Pharmaceuticals Ltd., by their attorneys, hereby provide Notice to the Court that Defendant Akorn, Inc. executed a Waiver of the Service of Summons, attached as Exhibit A, on February 1, 2017.

                                              Respectfully submitted,

Dated: February 2, 2017

                                              /s/ *Deborah Pollack-Milgate*
                                              Deborah Pollack-Milgate (22475-49)
                                              *dpollackmilgate@btlaw.com*
                                              BARNES & THORNBURG LLP
                                              11 South Meridian Street
                                              Indianapolis, IN 46204
                                              (317) 236-1313
                                              (317) 231-7433 (Facsimile)

                                              *Of Counsel:*
                                              Adam L. Perlman
                                              *aperlman@wc.com*
                                              Christopher J. Mandernach
                                              *cmandernach@wc.com*
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth Street, N.W.
                                              Washington, DC 20005
                                              (202) 434-5000

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, a copy of the foregoing Notice of Executed Waiver of Service was filed electronically. Parties may access this filing through the Court's system.

Dated:  February 2, 2017  /s/ *Deborah Pollack-Milgate*
Deborah Pollack-Milgate

DMS DMILGATE 4648051v1