**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ALCON RESEARCH, LTD., and<br>ALCON PHARMACEUTICALS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AKORN, INC.,<br><br>Defendant. | Civil Action No. 1:16-cv-3092-JSM-MPB |

**NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Local Rule 6-1, Plaintiffs Alcon Research, Ltd. and Alcon Pharmaceuticals Ltd., by their attorneys, hereby notify the Court that the parties have agreed to a 28-day extension of time for Defendant Akorn, Inc. to answer or otherwise plead. Defendant's current deadline is April 3, 2017. Accordingly, a 28-day extension makes Defendant's response due on or before May 1, 2017.

This deadline has not been previously extended, and this extension will not interfere with any Case Management Plan, scheduled hearing, or other case deadlines.

Dated: March 30, 2017

Respectfully submitted,

/s/ *Deborah Pollack-Milgate*

Deborah Pollack-Milgate (22475-49)
dpollackmilgate@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
(317) 231-7433 (Facsimile)

*Of Counsel*:

Adam L. Perlman
aperlman@wc.com
Christopher J. Mandernach
cmandernach@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2017, a copy of the foregoing Notice of Extension of Time to Answer or Otherwise Plead was filed electronically. Parties may access this filing through the Court's system.

Dated: March 30, 2017

/s/ *Deborah Pollack-Milgate*
Deborah Pollack-Milgate